# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| FREDDIE WAYNE HUFF, II | ) Case No. 1:22CR303-1 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FREDDIE WAYNE HUFF, II,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute cocaine hydrochloride in violation of 21:846 and 841(b)(1)(A)
Distribute 500 grams or more of cocaine hydrochloride in violation of 21:841(a)(1) and (b)(1)(B)
Possess firearms in furtherance of a drug trafficking crime in violation of 18:924(c)(1)(A)(i)

***The United States Attorney requests a detention hearing***

Date: 09/27/2022

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: 
Known aliases: 
Last known residence: 
Prior addresses to which defendant/offender may still have ties: 

Last known employment: 
Last known telephone numbers: 
Place of birth: 
Date of birth: 
Social Security number: 
Height:                                 Weight: 
Sex:                                    Race: 
Hair:                                   Eyes: 
Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 
Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: