```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                       1:22CR303
```

UNITED STATES OF AMERICA, :
:
:
     v. : **NOTICE OF APPEARANCE**
:
FREDDIE WAYNE HUFF, II, :
:
     Defendant :

    Defendant, FREDDIE WAYNE HUFF, II, hereby provides notice that Michael A. Grace and Christopher R. Clifton of the law firm Grace, Tisdale & Clifton, PA, have entered an appearance as his counsel in this matter.

    This the 6th day of December, 2022.

                              /s/Michael A. Grace
                              Michael A. Grace
                              N.C. State Bar No. 7758
                              mgrace@gtc-law.com

                              /s/Christopher R. Clifton
                              Christopher R. Clifton
                              N.C. State Bar No. 21981
                              cclifton@gtc-law.com


                              Attorneys for Defendant
                              Grace Tisdale & Clifton, PA.
                              200 West First Street
                              Winston-Salem NC  27101
                              Telephone:  336-725-9428
                              Facsimile:  336-721-1176

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:22CR303

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **CERTIFICATE OF SERVICE** |
| FREDDIE WAYNE HUFF, II, | |
| Defendant | |

I hereby certify that on December 6, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Randall S. Galyon, Assistant United States Attorney.

This the 6th day of December, 2022.

/s/Michael A. Grace
Michael A. Grace
N.C. State Bar No. 7758
mgrace@gtc-law.com

/s/Christopher R. Clifton
Christopher R. Clifton
N.C. State Bar No. 21981
cclifton@gtc-law.com

Attorneys for Defendant
Grace Tisdale & Clifton, PA.
200 West First Street
Winston-Salem NC  27101
Telephone:  336-725-9428
Facsimile:  336-721-1176