IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22CR303 |
| ) | |
| FREDDIE WAYNE HUFF, II ) | |

### WAIVER OF APPEARANCE AT ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), I, the undersigned defendant, after consulting with counsel, waive my right to appear for my arraignment. In furtherance of this waiver, I state as follows:

1. I have received a copy of the Indictment in this case, have read it, and have discussed it with counsel, and I understand the charge(s) alleged against me.

2. I understand that I have the right to appear in person at my arraignment, and I hereby waive that right. Further, I consent to my arraignment hearing being conducted telephonically with only counsel present.

3. I have been advised of the statutory penalty for the offense(s) with which I have been charged.

4. I tender a plea of not guilty to the charge(s) alleged against me, and I request a jury trial in this case.

_read to by phone 4:09_
Signature of Defendant
_from_
Date: _12-14-22_
_Central Prism_

Signature of Defendant's Counsel