```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                         1:22CR303
```

UNITED STATES OF AMERICA,   :
                            :
                            :
         v.                 :     **NOTICE OF APPEARANCE**
                            :
FREDDIE WAYNE HUFF, II,     :
                            :
         Defendant          :

Defendant, FREDDIE WAYNE HUFF, II, hereby provides notice that Kathryn Wilson of the law firm Grace, Tisdale & Clifton, PA, has entered an appearance as counsel in this matter.

This the 15th day of December, 2022.

/s/Kathryn H. Wilson
Kathryn H. Wilson
N.C. State Bar No. 50764
kwilson@gtc-law.com

Attorney for Defendant

Grace Tisdale & Clifton, PA.
200 West First Street
Winston-Salem NC  27101
Telephone:  336-725-9428
Facsimile:  336-721-1176

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                      1:22CR303
```

UNITED STATES OF AMERICA,       :
                                :
                                :
        v.                      :   **CERTIFICATE OF SERVICE**
                                :
FREDDIE WAYNE HUFF, II,         :
                                :
                                :
             Defendant          :

I hereby certify that on December 15, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Randall S. Galyon, Assistant United States Attorney.

This the 15th day of December, 2022.

/s/Kathryn H. Wilson
Kathryn H. Wilson
N.C. State Bar No.50764
kwilson@gtc-law.com

Attorney for Defendant

Grace Tisdale & Clifton, PA.
200 West First Street
Winston-Salem NC  27101
Telephone:  336-725-9428
Facsimile:  336-721-1176