IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR303-1 |
| | : | |
| FREDDIE WAYNE HUFF, II | | |

# JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant and counsel for the Government inform the Court as follows:

☐ A plea agreement has been signed and filed.

☒ The parties have agreed on a plea agreement and a written plea agreement will be filed no later than <u>February 7, 2023</u>.

☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*
    ☐ the defendant consents to a video conference Rule 11 hearing.
    ☐ the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☐ The matter is not ready for Rule 11 hearing or trial because:
    ☐ there is a pending motion which must be resolved. The motion is on the docket at _____.
    The motion ☐ does ☐ does not require a hearing at which the defendant must be present.
  ☐ There are outstanding discovery issues which must be resolved: _____.
  ☐ Other information: _____.

☐ The defendant does not intend to plead guilty and the case needs to be set for jury trial.

   Scheduling limitations or issues, if any: _____.

   Trial time estimate: ____ (from beginning of jury selection to submission to the jury).

☒ The parties have discussed the requirements of the Speedy Trial Act and
   ☐ The Government [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.
   ☒ There are no Speedy Trial Act issues unless the expected Rule 11 hearing or trial cannot be completed before <u>March 1, 2023</u> .
   ☐ There are no Speedy Trial Act issues as the Defendant has already pled guilty at arraignment.

☐ Other information relevant to scheduling: _____.

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety: _____.

This, the 1st day of February, 2023.

| | |
|---|---|
| SANDRA J. HAIRSTON<br>United States Attorney | /s/ CHRISTOPHER R. CLIFTON<br>CHRISTOPHER R. CLIFTON<br>Attorney for Defendant |
| /s/ RANDALL S. GALYON<br>RANDALL S. GALYON<br>First Assistant United States Attorney<br>NCSB #23119<br>United States Attorney's Office<br>Middle District of North Carolina<br>101 S. Edgeworth St., 4th Flr.<br>Greensboro, NC 27401<br>Phone: 336/333-5351 | /s/ KATHRYN H. WILSON<br>KATHRYN H. WILSON<br>Attorney for Defendant<br><br>/s/ MICHAEL A. GRACE<br>MICHAEL A. GRACE<br>Attorney for Defendant |