IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, :
:
:
v. : 1:22CR303
:
FREDDIE WAYNE HUFF, II, :
:
Defendant :

**ORDER TO EXTEND TIME TO FILE OBJECTIONS TO PRE-SENTENCE REPORT**

THIS MATTER coming on to be heard and being heard before the undersigned Judge presiding upon Motion of the Defendant; and for good cause shown it is hereby **ORDERED** that the Defendant's Motion is granted and the parties shall have to and through April 24, 2023, to file objections to the pre-sentence report.

This the 10th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE