IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:22CR303-1 |
| | : | |
| v. | : | |
| | : | |
| FREDDIE WAYNE HUFF, II | : | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on September 26, 2022, an Indictment against the defendant, FREDDIE WAYNE HUFF, II, was charged in an Indictment in Count One with a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A), conspiracy to distribute 5 kilograms or more of cocaine hydrochloride; in Count Two with a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), distribution of 500 grams or more of cocaine hydrochloride; and in Count Three with a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), possession of firearms in furtherance of a drug trafficking crime.

AND WHEREAS, the defendant, FREDDIE WAYNE HUFF, II, entered into a plea agreement on February 7, 2023, whereby the defendant agreed to plead guilty to Count One of the Indictment, and to forfeiture of all right, title and interest in and to any property constituting, or derived from, proceeds obtained, directly or indirectly from, or used, or intended to be used to commit,

or to facilitate the commission of the offense charged in Count One to which the defendant pleaded guilty, including, but not limited to, the following:

a.    a personal forfeiture money judgment in the amount of $500,000; and

b.    $18,233 in United States Currency.

AND WHEREAS, the Court finds that the defendant's interest in and to the property identified above and as described in the forfeiture allegation in the Indictment and in the Plea Agreement is subject to forfeiture, and that the requisite nexus exists between the property to be forfeited and the offense to which the defendant has pled guilty.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1.    As a result of the guilty plea to Count One of the Indictment, for which the Government sought forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and based on the Plea Agreement, and other matters of record in this case, defendant shall forfeit to the United States the following items of property:

a.    a personal forfeiture money judgment in the amount of $500,000; and

b.    $18,233 in United States Currency.

2.    Upon entry of this Order, the United States Attorney General (or a designee) is authorized to conduct any discovery proper in identifying,

locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

3.     Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4.     The United States shall publish notice of the order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

5.     Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

6.     The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

This the 14th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE