IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | :    1:22CR303-1 |
| v. | : |
| | : |
| FREDDIE WAYNE HUFF, II, | : |

### ORDER TO EXTEND TIME TO FILE SENTENCING PLEADINGS

THIS MATTER coming on to be heard and being heard before the undersigned Judge presiding upon Motion of the Defendant; and for good cause shown it is hereby **ORDERED** that the motion, Doc. 41, is **GRANTED** and the Defendant has until May 1, 2023 in which to file Sentencing Pleadings.

This the 25th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE