IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | 1:22CR303 |
| v. | : | |
| | : | |
| FREDDIE WAYNE HUFF, II, | : | |

## ORDER TO CONTINUE SENTENCING HEARING

THIS MATTER coming on to be heard and being heard before the undersigned Judge presiding upon Motion of the Defendant; and for good cause shown it is hereby **ORDERED, ADJUDGED AND DECREED** that the Defendant's Sentencing be continued until July 25, 2023 at 2:00 p.m. in Greensboro, N.C.

This the 28th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE