IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 1:22CR303 |
| v. | : | |
| | : | |
| FREDDIE WAYNE HUFF, II, | : | |
| | : | |
| Defendant | : | |

## ORDER TO CONTINUE SENTENCING HEARING

THIS MATTER coming on to be heard and being heard before the undersigned Judge presiding upon Motion of the Defendant; and for good cause shown it is hereby **ORDERED** that the motion is **GRANTED** and the Defendant's Sentencing Hearing is continued until October 31, 2023 at 2:30 p.m. in Greensboro, N.C., Courtroom #3. The Court does not anticipate another continuance.

This the 5th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE