# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES

V.

FREDDIE WAYNE HUFF

## EXHIBIT AND WITNESS LIST

Case Number: 1:22CR303-1

| PRESIDING JUDGE CATHERINE C. EAGLES | PLAINTIFF'S ATTORNEY RANDALL GALYON | DEFENDANT'S ATTORNEY MICHAEL GRACE and CHRIS CLIFTON |
|---|---|---|
| TRIAL DATE (S) 10/31/23 | COURT REPORTER JOSEPH ARMSTRONG | COURTROOM DEPUTY ROBIN WINCHESTER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  | 10/31/23 | 10/31/23 | D'S SEALED EXHIBIT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages