IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:22CR303-1 |
| v. | : | |
| | : | |
| FREDDIE WAYNE HUFF, II | : | |

# FINAL ORDER OF FORFEITURE

WHEREAS, on April 14, 2023, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit to the United States all right, title, and interest in and to:

    a.    a personal forfeiture money judgment in the amount of $500,000; and

    b.    $18,233 in United States Currency; and

WHEREAS, the United States caused to be published on an official government internet forfeiture site, notice of the forfeiture of specific property and of the intent of the United States to dispose of such property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the specific property; and

WHEREAS, no timely claims have been filed as to the specific property referenced above; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) the above-described property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

This the 31st day of July, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE